| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
|   | Ray Ballister, Jr., Esq., SBN 111282 |
| 3 | Phyl Grace, Esq., SBN 171771 |
|   | Dennis Price, SBN 279082 |
| 4 | Mail: PO Box 262490 |
|   | San Diego, CA 92196-2490 |
| 5 | Delivery: 9845 Erma Road, Suite 300 |
|   | San Diego, CA 92131 |
| 6 | (858) 375-7385; (888) 422-5191 fax |
|   | phylg@potterhandy.com |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | Case No. 2:19-CV-06279-PSG-PLA |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| **Daniel Mellinkoff**, in individual and representative capacity as trustee of The Daniel Mellinkoff Trust dated June 9, 1995; **Intelligentsia Coffee Inc.**, an Illinois Corporation,**;** and Does 1-10, | |
| Defendants. | |

Please take notice that Plaintiff hereby submits the Proof of Service certifying mail service of **STANDING ORDER REGARDING NEWLY ASSIGNED CASES**, onto **Daniel Mellinkoff; Intelligentsia Coffee Inc;** ,Mail service was effectuated on 08-01-2019. A copy of the Proof of Service is attached hereto.

Dated: August 01, 2019          CENTER FOR DISABILITY ACCESS
                                By: /s/ Chris Carson.
                                    Chris Carson, Esq.
                                    Attorneys for Plaintiff

1

Proof of Service

# PROOF OF SERVICE
### WHITAKER V. MELLINKOFF
### 2:19-CV-06279-PSG-PLA

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, CA 92131.

On August 1, 2019 I served the following document(s):
**STANDING ORDER REGARDING NEWLY ASSIGNED CASES**

Addressed to:

| **INTELLIGENTSIA COFFEE INC.** <br> Address: <br> Agent for Service of Process: <br> C T CORPORATION SYSTEM <br> 818 West Seventh Street Suite 930 <br> Los Angeles, California 90017 | **Daniel Mellinkoff, Trustee of The Daniel Mellinkoff Trust dated June 9, 1995** <br> Address: <br> 1624 WESTERLY TER, <br> LOS ANGELES, CA 90026 |
|---|---|

☑   BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
☐   BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐   BY OVERNIGHT EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
☐   BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients
☐   BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the above recipients.

Executed on August 1, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Kayla Drayton