1 | **HUNTON ANDREWS KURTH LLP**
2 | M. BRETT BURNS (SBN 256965)
  | 50 California Street, Suite 1700
3 | San Francisco, California 94111
  | Telephone: 415.975.3725
4 | Facsimile:  415.975.3701
  | Email: mbrettburns@huntonak.com

5 | *Attorneys for Defendant*

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | CASE NO. 2:19-cv-06279 PSG-PLA |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| DANIEL MELLINKOFF, in individual and representative capacity as trustee of The Daniel Mellinkoff Trust dated June 9, 1995; Intelligentsia Coffee Inc.; and Does 1-10, | Complaint Served: July 26, 2019<br>Current Response Date: August 16, 2019<br>New Response Date: September 13, 2019<br><br>District Judge:  Judge Philip S. Gutierrez |
| Defendants. | |

# STIPULATION AND REQUEST TO EXTEND TIME TO FILE AN ANSWER TO INITIAL COMPLAINT

Plaintiff Brian Whitaker ("Plaintiff") and Defendant Intelligentsia Coffee Inc. ("Defendant") jointly stipulate to extend the time for Defendant to file an Answer to the initial complaint from August 16, 2019 to September 13, 2019.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: August 26, 2019   HUNTON ANDREWS KURTH LLP

By: /s/ *M. Brett Burns*
M. Brett Burns
Attorneys for Defendant
Intelligentsia Coffee Inc.

Dated: August 26, 2019   CENTER FOR DISABILITY ACCESS

By: */s/ Phyl Grace*
Phyl Grace
Attorneys for Plaintiff
Brian Whitaker

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: August 26, 2019                    HUNTON ANDREWS KURTH LLP

                                          By: /s/ *M. Brett Burns*
                                          _____
                                          M. Brett Burns
                                          Attorneys for Defendant
                                          Intelligentsia Coffee Inc.